FILED
NOV - 5 2008
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

# United States District Court
## EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | |
| TODD SHEPARD | CASE NO.: 4:08MJ01262 (TIA) |

I, John McGarry, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 31, 2008, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant did,

Count I - possess, as a convicted felon, a firearm, to wit: a .38 caliber Smith & Wesson revolver, bearing serial number ANP8441, in violation of Title 18, United States Code, Section 922(g).

I further state that I am a Special Agent with the Drug Enforcement Administration (DEA) and that this complaint is based on the following facts:

see attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   **X** Yes   ___ No

_Signature of Complainant_
JOHN McGARRY
Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

November 5, 2008                              at   St. Louis, Missouri
Date                                               City and State

Terry I. Adelman, United States Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer