Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __December 11, 2008__  Judge __David D. Noce__  Case No. __4:08cr697ERW-DDN__

UNITED STATES OF AMERICA v. _____Todd Shepard_____

Court Reporter _____   Deputy Clerk __Kara Scheele__

Assistant United States Attorney(s) ___Cristian Stevens___

Attorney(s) for Defendant(s) ___Kevin Curran___

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance           ☐ Detention Hearing                        ☐ Preliminary Revocation
☒ Arraignment                  ☐ Bond Review                              ☐ Probation
☐ Preliminary Examination      ☐ Bond Execution/Appearance Bond           ☐ Supervised Release
☐ Motion Hearing               ☐ In Court Hrg (**WAIVER OF MOTIONS**)     ☐ Competency
  ☐ Evidentiary Hearing        ☐ Change of Plea/Sentencing                ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Parties present for hearing on _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☒ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond  ☐ Secured by 10%

   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned    ☒ Waives reading of indictment/information    ☐ Matter taken under advisement
☒ Plea entered __Not Guilty__   Order on pretrial motions: ☒ issued  ☐ to issue

   ☒ Oral Mtn for Suppression by deft            ☒ Oral Mtn for Time to File Pretrial Mtns by deft
         ☒ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
Trial date/time __2/23/09 @ 8:30 AM__ Before __ERW__

   ☒ Remanded to custody   ☐ Released on bond
Next hearing date/time __1/29/09 @ 10:00 AM__ Type of hearing __evid hrg__ Before __DDN__
Proceeding commenced __10:06 AM__   Proceeding concluded __10:09 AM__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.