Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **7/21/09**   Judge **David D. Noce**   Case No. **4:08CR697 ERW/DDN**

UNITED STATES OF AMERICA v. **Ryan Harshman**

Court Reporter _____   Deputy Clerk **K. Spurgeon**

Assistant United States Attorney(s) **Dean Hoag**

Attorney(s) for Defendant(s) **John Rogers**

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance              ☐ Detention Hearing                      ☐ Preliminary Revocation
☒ Arraignment – *Superseding Indictment*  ☐ Bond Review                      ☐ Probation
☐ Preliminary Examination         ☐ Bond Execution/Appearance Bond         ☐ Supervised Release
☐ Motion Hearing                  ☐ In Court Hrg (WAIVER OF MOTIONS)  ☐ Competency
   ☐ Evidentiary Hearing          ☐ Change of Plea/Sentencing              ☐ Pretrial/Status Conference
   ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Parties present for hearing on _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond   ☐ Secured by 10%

   ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned   ☒ Waives reading of indictment/information   ☐ Matter taken under advisement
☒ Plea entered **Not Guilty**   Order on pretrial motions: ☒ issued   ☐ to issue
   ☒ Oral Mtn for Suppression by deft        ☒ Oral Mtn for Time to File Pretrial Mtns by deft
             ☒ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
Trial date/time **9/21/09 at 8:30 am** Before **ERW**

   ☐ Remanded to custody   ☒ Released on bond
Next hearing date/time **8/14/09 at 9:00 am** type of hearing **Evid. Hrg.** Before **DDN**
Proceeding commenced **10:03 am**   Proceeding concluded **10:06 am**   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.